# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RONALD BAILEY**                                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:19-cv-00546-KGB**

**EDDY EASLEY,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ronald Bailey's second amended complaint is dismissed without prejudice (Dkt. No. 7). The relief sought is denied, and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge